UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )  Plaintiff,  )  )  v.  )  )  LEO V. JEZIERSKI; CONSTANCE M.  )  JEZIERSKI; ESTATE OF JAMES C.  )  GREEN, SR.; STATE OF  )  NEW HAMPSHIRE; IDEARC MEDIA  )  CORP.; TOWN OF HAMPSTEAD,  )  NEW HAMPSHIRE,  )  )  Defendants.  ) | Case no. 07-cv-280-PB  Hon. Paul J. Barbadoro  Referral Judge: Hon. James J. Muirhead |

**ORDER RESOLVING TOWN OF HAMPSTEAD'S MOTION
FOR SUMMARY JUDGMENT (DOCKET # 32)**

This matter is before the Court on the Town of Hampstead's Motion for Summary Judgment (Docket # 32), and the United States' and Town of Hampstead's Stipulation filed pursuant thereto. In accordance with the Stipulation, it is ORDERED that the federal tax lien that the United States seeks to foreclose in the above-captioned proceeding upon the real property located at 185 Main Street, Hampstead, New Hampshire, is not valid against the Town of Hampstead's liens against such property for unpaid real property taxes for the taxable years 2006 and 2007

**IT IS SO ORDERED.**

Dated: December 27, 2008             /s/ Paul Barbadoro
                                     HONORABLE PAUL J. BARBADORO
                                     UNITED STATES DISTRICT JUDGE